IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**LARNELL TAYLOR**                                                                          **PLAINTIFF**
**# 729099**

v.                              CASE NO. 4:24-CV-00092-BSM-JTK

**GORE, et al.**                                                                             **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 3rd day of April, 2024.

_____
UNITED STATES DISTRICT JUDGE